**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In Re:<br>Ricardo Socorro Ortega<br>Debtor | CHAPTER 13<br>Case No.: 25-17623 MER |

**DEBTORS' MOTION FOR EXTENSION OF AUTOMATIC STAY**
**PURSUANT TO 11 U.S.C.362 §(c)(3)(B)**

Debtor, by and through Counsel, Garcia & Gonzales, PC, hereby submit this Motion for Extension of the Automatic Stay Pursuant to 11 U.S.C. 362§(3)(B), and as grounds therefore state as follows:

1. Debtor filed a Chapter 13 Bankruptcy case 25-17623 MER on November 20, 2025.

2. Debtor had a previous Chapter 13 case (22-11205 MER) filed on April 11, 2022 in the District of Colorado.

3. Debtor's previous Chapter 13 case (22-11205 MER) was dismissed on December 6, 2024.

4. Debtor's previous Chapter 13 case (22-11205 MER) was pending within the one year preceding the filing of the current Chapter 13 case.

5. Pursuant to 11 U.S.C.362 §(c)(3)(A), the automatic stay will terminate with respect to the Debtor on the 30th day after the filing of the latter case.

6. Debtor had fallen behind on his payments to the Chapter 13 Trustee in his previous case due to an unexpected change in his household income & expenses.

7. The Debtor now has steady work and income, which will allow him to successfully make his payments to the Chapter 13 Trustee.

8. The Debtor's current case is filed in good faith and the Debtor moves for continuation of the automatic stay as to all creditors pursuant to 11 U.S.C.362 §(c)(3)(B ).

WHEREFORE, the Debtor respectfully request that this Court enter an Order granting extension of the automatic stay as to all creditors, and for such additional relief as to the Court seems proper under the circumstances.

Dated: November 24, 2025

                                      **GARCIA & GONZALES, P.C**.

                                      ***/s/ Richard N. Gonzales***
                                      Richard N. Gonzales, Reg. No. 7917
                                      Carla M. Garcia, Reg. No. 23976
                                      8703 Yates Drive, Suite 220
                                      Westminster, Colorado 80031
                                      Telephone: (303) 839-8888
                                      Fax No: (303) 860-1844
                                      ggattorneys@msn.com


                                                 **VERIFICATION**

I verify that the aforementioned statements are true and accurate to the best of our knowledge and belief.


/s/ Ricardo Socorro Ortega
Ricardo Socorro Ortega